

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2014

No. 04-07-00820-CR

Jimmy Acosta **BRITE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CR-5362
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

This court issued its mandate in appeal number 04-07-00820-CR on August 10, 2009. On December 18, 2013, the Court of Criminal Appeals granted petitioner Jim Brite's request to file an out-of-time petition for discretionary review. On February 21, 2014, Appellant Jim Brite moved this court to order the Bexar County District Clerk to prepare a new or amended clerk's record in support of his petition for discretionary review.

This court's plenary power in appeal number 04-07-00820-CR has expired; this court no longer has jurisdiction in that appeal. *See* TEX. R. APP. P. 19.1 (plenary power period). Any future motions should be addressed to, and filed with, the Court of Criminal Appeals:

> Court of Criminal Appeals
> P.O. Box 12308
> Austin, Texas 78711-2308

To ensure a document is properly included in the appellate record, Appellant "may by letter direct the trial court clerk to prepare, certify, and file in the [Court of Criminal Appeals] a supplement containing the omitted item." *See* TEX. R. APP. P. 34.5(c)(1). The address for the Bexar Country District Clerk is as follows:

> Bexar County District Clerk
> Paul Elizondo Tower
> 101 West Nueva, Suite 217
> San Antonio, Texas 78205-3411

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2014.

_____
Keith E. Hottle
Clerk of Court